# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 22-8099-RMM

**UNITED STATES OF AMERICA**

**vs.**

**JUAN BARBOSA GOMEZ and
JULIANA GOMEZ MESA,**

**Defendants.**
_____/

## CRIMINAL COVER SHEET

1.    1.    Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
_____ Yes    __X__ No

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    _____ Yes    __X__ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    *Lara Treinis Gatz*
Lara Treinis Gatz
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502857
500 S. Australian Avenue – 4th Floor
West Palm Beach, Florida 33401
lara.gatz@usdoj.gov
(561) 209-1069

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America )
v. )
)
JUAN BARBOSA GOMEZ and )
JULIANA GOMEZ MESA, )
)
)
Defendant(s) )

Case No.    22-MJ-8099 (RMM)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____MARCH 21, 2022_____ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Conspiracy to import, possess and distribute a controlled substance, to wit |
| 21 USC 846 | 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or |
| 21 USC 952(a) | Nexus.2C-B) |
| 21 USC 963 | |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

FILED BY____*TM*____D.C.

*Mar 22, 2022*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Aisha Rahman, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/22/22  8:30 AM

_____
*Judge's signature*

City and state:      West Palm Beach, Florida

RYON M. McCABE, USMJ
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, AISHA RAHMAN, being duly sworn, depose and state as follows:

1.     I have been a Special Agent with Homeland Security Investigations since August 2020, and, before joining HSI, I was a law enforcement officer at the Port St. Lucie Police Department in Port St. Lucie, Florida for approximately five-and-a-half years.  During my tenure with HSI, I have been assigned to conduct investigations involving illegal drug trafficking and importation of narcotics into the United States and conspiracy to commit same in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963.

2.     In connection with these investigations, I have become well-versed in a variety of investigative techniques, including physical and electronic surveillance; the execution of search and arrest warrants; evidence handling; undercover operations; and domestic drug distribution organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers and drug users.  I have also spoken with informants, suspects, and experienced narcotics investigators on numerous occasions concerning the manner, means, methods, and practices that drug traffickers use to further their drug trafficking organizations ("DTOs") and the most effective methods of investigating and dismantling DTOs.

3.     This affidavit is made in support of a criminal complaint charging JUAN BARBOSA GOMEZ and JULIANA GOMEZ MESA with knowingly and willfully conspiring to import and conspiring to possess with the intent to distribute approximately 200 grams of a controlled substance, to wit; 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B), a Schedule I controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963.  The information contained in this affidavit is based in part on information developed by HSI

special agents, information obtained from other law enforcement personnel, information provided by a cooperating source ("CS"), and statements made by the defendants. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the criminal complaint, it does not include all facts known to me or to other law enforcement officers regarding this investigation.

## BACKGROUND IN SUPPORT OF PROBABLE CAUSE

4.      On March 2, 2022, U.S. Customs and Border Protection Officers seized a DHL box which contained approximately 200 grams of a substance that field-tested positive for the presence of 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B), a Schedule I controlled substance.[1]  The box was addressed to a location West Palm Beach and affixed to the box was waybill number 1285171090 (hereinafter "the Target Package").

5.      On March 11, 2022, HSI agents arrested John Doe (JD), an individual whose identity is known to Your Affiant, after JD accepted delivery of the Target Package in West

---

[1]      According to open-source information, 2C-B is a Schedule 1 synthetic psychedelic drug. It is a part of the family of 2C drugs, which belong to a group of designer agents similar in structure to Ecstasy and MDMA. 2C-B became popular in the United States after MDMA became illegal in 1985. The drug is commonly sold in a white or pink powder form and has been described as a cross between MDMA and LSD. According to the Drug Enforcement Agency, 2C-B has become popular in South Florida nightclubs and other social settings and has been commonly produced in Colombia. The common dose for 2C-B is approximately 15 to 25 milligrams. 200 grams of 2C-B is significantly more than the common dose required for personal use, and at the common dose range at 15 to 25 milligrams, that amount would equal 8,000 to 13,333 doses. Therefore, it appears that the amount of 2C-B contained in the Target Package is consistent with distribution weight.

Palm Beach, took it to a residence in Lake Worth and accessed the Target Package. [2] After his arrest, JD admitted that he was working with others, including the defendant Juan BARBOSA GOMEZ. JD explained that one of the coconspirators arranged for a distribution quantity of 2C-B to be shipped from Colombia to the United States inside of the Target Package and further arranged for the CS to pick up the Target Package and deliver it to defendant BARBOSA GOMEZ at a location in Miami.

6.     Then, on March 21, 2022, JD arranged to do a controlled delivery of the Target Package[3] to the defendant BARBOSA GOMEZ at his residence in Miami, after co communicating with defendant BARBOSA GOMEZ via cellphone earlier in the day to confirm the delivery address.  Later that day, the CS delivered the Target Package to defendant BARBOSA GOMEZ under the supervision of HSI agents, right in front of BARBOSA GOMEZ's residence.  Inside of the residence, defendant BARBOSA GOMEZ opened the Target Package and quickly discovered the Tracking Devices.[4]  Defendant BARBOSA GOMEZ alerted his girlfriend, defendant JULIANA GOMEZ MESA, to the existence of the tracking devices, at which time defendants BARBOSA GOMEZ and GOMEZ MESA removed the sham drugs from the box, destroyed the box, put one of the trackers in the oven (attempting to destroy the device) and then defendant BARBOSA

[2]     A search of JD's residence revealed paraphernalia consistent with narcotics manufacturing and distribution; a scale, powdered sugar, food coloring, small baggies, a cooking pot, and a mortar and pestle (a tool used to grind and crush substances).

[3]     The Target Package was outfitted with two tracking devices, which installation was authorized on March 21, 2022, by the Honorable Lisette M. Reid, USMJ.

[4]     At that point, the tracking devices sent an electronic alert to the agents indicating that the Target Package had been accessed.

GOMEZ exited the premises in possession of the other tracker and threw it into a pile of garbage outside of the residence (which agents observed from the street).

7.      Thereafter, HSI agents entered the BARBOSA GOMEZ's premises and executed an anticipatory search warrant issued earlier in the day by the Honorable Lisette M. Reid, USMJ. In a search of the bedroom shared by defendants BARBOSA GOMEZ and GOMEZ MESA, agents located multiple items consistent with narcotics distribution including numerous small baggies and a few larger Ziploc bags all containing a pink powdery substance believed to be 2C-B, packaged in preparation for distribution, total weight approximately 160 grams, a mortar and pestle, tool used to crush substances, and empty baggies. Also located in the defendant BARBOSA GOMEZ and GOMEZ MESA's bedroom was a Ziploc bag containing various colored pills, some of which field tested positive for ecstasy.

8.      After being advised of his <u>Miranda</u> rights and waiving his rights, defendant BARBOSA GOMEZ agreed to speak with HSI agents. In sum and in part, defendant BARBOSA GOMEZ admitted that he knew the Target Package contained 2C-B and that the Target Package was earmarked for him in payment of a debt he was owed. Defendant BARBOSA GOMEZ also admitted that he planned to sell the 2C-B to make money. Finally, defendant BARBOSA GOMEZ admitted to finding the trackers in the Target Package and putting one in the over to destroy it and dumping the other one in a pile of garbage outside his residence.

9.      After being advised of her <u>Miranda</u> rights and waiving her rights, defendant GOMEZ MESA agreed to speak with HSI agents. In sum and in part, defendant GOMEZ MESA admitted that she knew the Target Package containing the 2C-B and said "we,"

4

referring to BARBOSA GOMEZ and herself, planned to sell the 2C-B to make money. She also admitted to helping destroy the Target Package once the trackers were discovered.

10.    Both BARBOSA GOMEZ and GOMEZ MESA admitted to entering the United States illegally through Mexico in the Summer of 2021.

### CONCLUSION

11.    Based on the foregoing, I submit that there is probable cause to believe that BARBOSA GOMEZ and GOMEZ MESA conspired to import, possess and distribute a controlled substance, to wit 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B), in violation of Title 21 United States Code Sections 841(a)(1), 846, 952(a) and 963.

FURTHER AFFIANT SAYETH NAUGHT.

AISHA RAHMAN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn and attested to me by Applicant
on this 22nd day of March 2022,
in West Palm Beach, Florida

THE HONORABLE RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **JUAN BARBOSA GOMEZ**

**Case No:** 22-8099-RMM

Conspiracy to Import and Possess with Intent to Distribute - Schedule I Controlled Substance

Title 21, United States Code, Section 841(a)(1), 846, 952(a) and 963.

**\*Max. Penalty:**   20 years' imprisonment, 5 years of supervised release, $1,000,000 fine, $100 special assessment,

  **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  JULIANA GOMEZ MESA**

**Case No:** 22-8099-RMM

Conspiracy to Import and Possess with Intent to Distribute - Schedule I Controlled Substance

Title 21, United States Code, Section 841(a)(1), 846, 952(a) and 963.

**\*Max. Penalty:**   20 years' imprisonment, 5 years of supervised release, $1,000,000 fine, $100 special assessment,

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## Case Number: <u>22-8099-RMM</u>

### <u>BOND RECOMMENDATION</u>

DEFENDANT:       **JUAN BARBOSA GOMEZ**

**Pretrial Detention**
(Personal Surety)(Corporate Surety) (Cash) **(Pretrial Detention)**

By: *Lara Treinis Gatz*
LARA TREINIS GATZ
ASSISTANT U.S. ATTORNEY

Last Known Address: _____

What Facility:   <u>Palm Beach County Jail, 3228 Gun Club Rd, West Palm Beach, FL 33406</u>

Agent(s):   <u>HIS SA AISHA RAHMAN</u>
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(OTHER)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case Number: 22-8099-RMM

### BOND RECOMMENDATION

DEFENDANT:     JULIANA GOMEZ MESA

**Pretrial Detention**
(Personal Surety)(Corporate Surety) (Cash) **(Pretrial Detention)**

By: *Lara Treinis Gatz*
LARA TREINIS GATZ
ASSISTANT U.S. ATTORNEY

Last Known Address: _____

What Facility:     Palm Beach County Jail, 3228 Gun Club Rd, West Palm Beach, FL 33406

Agent(s):     HIS SA AISHA RAHMAN
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(OTHER)